**MEMORANDUM ENDORSED**



LITCHFIELD
CAVO LLP
ATTORNEYS AT LAW
CELEBRATING 25 YEARS

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
D 212-818-0142
F 212-434-0105

**Angela M. Stenroos**
Email: Stenroos@LitchfieldCavo.com

January 22, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024

Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York

Re:     Luigi Girotto v. Sunspel US, Inc. dba Sunspel Soho and 85-87
        Mercer Street Associates Inc.
        Case No:     23-cv-08737
        Our File No:  2780-4215D

Dear Judge Wang:

This office represents defendant, 85-87 Mercer Street Associates in the above matter.

The parties met to discuss a possible resolution to the matter and are actively working toward a resolution. However, the parties require additional time to discuss the parameters of a possible settlement.

Accordingly, we are requesting a thirty-day adjournment of the conference scheduled for January 31, 2024.  This request is submitted on consent of all parties.

Thank you for your anticipated cooperation.

Respectfully,

*Angela M. Stenroos*

Angela M. Stenroos

AMS:jwp
cc:
B. Bradley Weitz
The Weitz Law Firm, PA
weitzfirm@gmail.com

Timothy Bauman
Bauman Law Group PC
tbauman@baumanlawgroup.com

Application granted.  The initial pretrial conference scheduled for January 31, 2024 is adjourned to March 1, 2024 at 3:00 p.m.  The joint letter and proposed case management plan described in the Court's October 6, 2023 order are due by February 23, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated:  January 22, 2024
New York, New York

GREGORY H. WOODS
United States District Judge

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Kansas City | Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia
Phoenix | Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com