# THE WEITZ LAW FIRM, P.A.

**MEMORANDUM ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 26, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2024
```

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

          Re:    Girotto v. Sunspel US, Inc., et al.
                   Case 1:23-cv-08737-GHW

Dear Judge Woods:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for March 1, 2024. We are pleased to advise the Court that the parties are actively involved in settlement negotiations in this matter. The parties, therefore, respectfully request a 30-day adjournment of the Initial Pretrial Conference in order to make further progress towards finalizing the settlement terms and conditions between the parties.

    Thank you for your attention to this matter.

Respectfully submitted,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com
    *Attorneys for Plaintiff*

cc: Counsel of record via ECF

---

Application granted. The initial conference scheduled for March 1, 2024 is adjourned to April 8, 2024 at 3:00 p.m. The joint letter and proposed case management plan discussed in the Court's October 6, 2023 order are due no later than April 1, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.

Dated: February 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge